## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **GUDMECINDO BAHENA SEGURA** | § |
| | § |
| v. | § |
| | §   Civil Cause No. 3:17-cv-02239 |
| **ROEHL TRANSPORT, INC., AND** | § |
| **CHARLIE MCFADDEN** | § |

### STIPULATION OF DISMISSAL

Plaintiff **GUDMECINDO BAHENA SEGURA,** through his attorney, Aaron L. Genthe, Law Firm of Aaron A. Herbert and Defendants **ROEHL TRANSPORT, INC. and CHARLIE McFADDEN,** through their attorney, Michael P. Sharp, Fee, Smith, Sharp & Vitullo, L.L.P., file this stipulation of dismissal with the court.

#### A. Introduction

1. Plaintiff is **GUDMECINDO BAHENA SEGURA;** and Defendant are **ROEHL TRANSPORT, INC. and CHARLIE McFADDEN.**

#### B. Stipulations

2. Plaintiff and Defendants have agreed to the following stipulations:

    a. All matters in controversy had been adjusted amicably; and

    b. This suit should be dismissed with prejudice to refiling same by Plaintiff.

Respectfully submitted,

*[signature]*

**AARON L. GENTHE**
State Bar No: 24093610
Email: agenthe@texaslegaladvice.com
**Law Firm of Aaron A. Herbert**
8330 LBJ Freeway, Suite 400
Dallas, TX 75243
(214) 347-4259
(214) 347-4269 (Fax)
Eserve Email: efileagenthe@texaslegaladvice.com
**ATTORNEY FOR PLAINTIFF**

*[signature]*

**MICHAEL P. SHARP**
State Bar No. 00788857
msharp@feesmith.com
**JASON A BURRIS**
State Bar No. 24049591
jburris@feesmith.com
**FEE, SMITH, SHARP & VITULLO, L.L.P.**
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, TX 75240
(972) 934-9100
(972) 934-9200 (Fax)
**ATTORNEYS FOR DEFENDANT ROEHL TRANSPORT, INC. AND CHARLIE MCFADDEN**